# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00366-CV

**American Housing Foundation; Credit Realty Partners XI, Ltd.; Austin Fairway Village, Ltd.; and Austin Santa Maria Village, Ltd., Appellants**

**v.**

**Travis County Appraisal District, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-03-000987, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This Court abated this appeal in 2009 after receiving notice of a related bankruptcy. *See* Tex. R. App. P. 8.1, 8.2. After the abatement, no party to this appeal sought reinstatement. *See* Tex. R. App. P. 8.3. We have now been informed that the bankruptcy case related to this appeal is closed and, therefore, have reinstated the appeal.

On March 9, 2018, the Clerk of this Court sent notice to the parties that this appeal would be dismissed for want of prosecution unless a status report was filed on or before March 19, 2018, that provided reason to retain this appeal. *See* Tex. R. App. P. 42.3(b). To date, no response has been filed. Accordingly, we dismiss the appeal for want of prosecution.

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed for Want of Prosecution

Filed:   June 22, 2018